JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST. SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TOMMY F. RIMMER AKA TOMMY RIMMER,<br><br>　　　　　Defendant | No. CV A 09- **2174**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tommy F. Rimmer aka Tommy Rimmer, in the principal amount of $2,380.14 plus interest accrued to February 10, 2009, in the sum of $3,065.17; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $21.52, for a total amount of **$5,466.83**.

DATED: 04/06/2009　　　　By: *Jerry Najera*
　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　*A. Kannike*
　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court